UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TREVOR DAVENPORT,
Plaintiff,

v.

LIBERTY MEDIA CORPORATION, a Delaware corporation; FORMULA ONE GROUP; FORMULA ONE DIGITAL LIMITED; and DOES 1 to 50, inclusive,
Defendants.

Case No.: 23cv475-LAB-MSB

**ORDER OF DISMISSAL**

The Court has considered the Notice of Dismissal filed by Plaintiff Trevor Davenport. (Dkt. 3). Under Rule 41 of the Federal Rules of Civil Procedure, an action may be voluntarily dismissed by the plaintiff by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Davenport seeks dismissal of the entire action without prejudice, including the dismissal of his individual claims and any putative class claims.

//

//

This case is **DISMISSED WITHOUT PREJUDICE** in its entirety. Each party shall bear its own expenses, costs, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 20, 2023

Honorable Larry Alan Burns
United States District Judge